IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY RITCHIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-19 Erie |
| ) | |
| STEVEN DELUCA, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Plaintiff's civil rights complaint was received by the Clerk of Court on January 14, 2003, and was referred to the United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation, filed on July 20, 2005, [Doc. No. 30] recommended that Defendants' Motion for Summary Judgment [Doc. No. 26] be granted. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail and on Defendants. No objections were filed. After de novo review of the case, together with the report and recommendation, the following order is entered:

AND NOW, this 16th day of August, 2005,

IT IS HEREBY ORDERED that the Defendants' Motion for Summary Judgment is [Doc. No. 26] is GRANTED.

The report and recommendation of Magistrate Judge Baxter, dated July 20, 2005, is adopted as the opinion of the Court.

The clerk is directed to mark the case closed.

s/ Sean J. McLaughlin
United States District Judge

cc: All parties of record.